Sidney Mark, an Infant, etc., v. Isaac R. Kafka and Another.— Motion to

dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.